UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Kevin D. Meggers,

Petitioner,

vs. ORDER

Marty C. Anderson, Warden,

Respondent. Civ. No. 01-769 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 14th day of June, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Motion for Enlargement of Time to Respond to Petitioner's Habeas Petition. Good cause has been shown.

WHEREFORE, it is --

ORDERED:

1. That the Respondents's Motion for Enlargement of Time [Docket No. 5] is GRANTED.

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That the Respondent shall have until **June 24, 2001,** in which to file his Response to Petitioner's Petition for Writ of Habeas Corpus under Title 28 U.S.C. §2241.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE