UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Kevin D. Meggers,

Petitioner,

vs. ORDER

Marty C. Anderson, Warden,

Respondent. Civ. No. 01-769 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 10th day of July, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Response to a Petition for a Writ of Habeas Corpus, filed on June 25, 2001, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

In order to facilitate disposition of the Petition and the request for dismissal, it is --

ORDERED:

1. That the Petitioner shall have until **July 30, 2001,** in which to respond, should he so choose, to the Respondent's

(10)

FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

submission to the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

2. That the Petitioner's Motion for Leave to File a Traverse to Answer by the Government [Docket No. 8] is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE